THE HONORABLE LARRY R. SUKO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

GANTA SINGH, an individual,

                              Plaintiff,

         v.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security of the
United States; JONATHAN SHARFEN,
Acting Director of the United States
Citizenship and Immigration Services; F.
GERARD HEINAUER, Director of the
Nebraska Service Center, United States
Citizenship and Immigration Services;
ANNE CORSANO, District 20 Director,
United States Citizenship and Immigration
Services,

                              Defendants.

NO. CV-08-185-LRS

[Proposed]

ORDER OF DISMISSAL
WITHOUT PREJUDICE

**ORDER**

     The Court having considered the Stipulation for Order of Dismissal filed

by the parties, and having reviewed the files and records herein and being fully

advised in the premises, now, therefore, it is hereby

/ / / /

/ / / /

ORDER OF DISMISSAL (CV-08-185-LRS) - 1

531643.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

1    ORDERED, ADJUDGED AND DECREED that all claims asserted

2  herein are dismissed without prejudice.

3

    DATED this __23rd__ day of __July_____, 2008.

4

5                                           s/Lonny R. Suko

6                                      _____
                                        UNITED STATES DISTRICT JUDGE

7

8  Presented by:

9

10  By:  s/_____

11       David L. Tift, WSBA No. 13213
         Attorneys for Plaintiff
12       Ryan, Swanson & Cleveland, PLLC
13       1201 Third Avenue, Suite 3400
         Seattle, Washington  98101-3034
14       Telephone: (206) 464-4224
15       Facsimile: (206) 583-0359
         Email:  tift@ryanlaw.com
16

17

18  By:  s/_____

19       Frank A. Wilson
         Attorneys for Defendants
20       U.S. Department of Justice
21       United States Attorney
         Eastern District of Washington
22       300 United Sates Courthouse
23       Spokane, Washington 99210-1494
         Telephone:  (509) 353-2767
24       Facsimile:  (509) 353-2766
25       Email:  Usa-wae-fwilson.com

26

ORDER OF DISMISSAL (CV-08-185-LRS) - 2

Ryan, Swanson & Cleveland, PLLC
_____
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
531643.01                    phone 206.464.4224 | fax 206.583.0359